IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA FARINA,** | : | |
| **Plaintiff**, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY HEALTH** | : | |
| **SYSTEM LONG TERM DISABILITY** | : | |
| **PLAN, et. al,** | : | **No. 08-2473** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **27th** day of **April, 2009**, upon consideration of the parties' motions for summary judgment and the responses thereto, and for the reasons set forth in this Court's April 27, 2009 Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Document No. 24) is **GRANTED**.

2. Defendants' Motion for Summary Judgment (Document No. 25) is **DENIED**.

3. By May 12, 2009, the parties shall submit to this Court a proposed order indicating: (a) the dollar amount of benefits Plaintiff would have received under the Plan from October 13, 2006 through May 12, 2009 had her benefits not been terminated; and (b) the dollar amount of prejudgment interest owed on those benefits from October 13, 2006 through May 12, 2009. If the parties cannot agree on these amounts, they may submit their positions to the Court. Any such submission shall not exceed five pages.

BY THE COURT:

_____
**Berle M. Schiller, J.**